# Third District Court of Appeal

## State of Florida

Opinion filed February 25, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-613
Lower Tribunal No. 24-183035-SP-05

————————————

**Alexander Hartelust,**
Appellant,

vs.

**Thomas Schwartz,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Alexander Hartelust, in proper person.

Thomas Schwartz, in proper person.

Before LOGUE, BOKOR, and GOODEN, JJ.

PER CURIAM.

While the Appellant challenges the trial court's findings of fact reached after a non-jury trial on the merits, he provides no transcript of the evidentiary

hearing. In the absence of a transcript, "we are unable to evaluate the evidence and testimony presented at trial to ascertain whether or not the trial court's findings and reasoning . . . were well-founded." Shojaie v. Gables Court Pro. Ctr., Inc., 974 So. 2d 1140, 1142 (Fla. 3d DCA 2008). In these circumstances, we are constrained to affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979); All Cntys. Surplus LLC v. Flamingo S. Beach I Condo. Ass'n, 211 So. 3d 1096, 1098 (Fla. 3d DCA 2017).

Affirmed.